**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   14-62896-cv-DIMITROULEAS**

MATTHEW J. HOPPE,

    Plaintiff,

v.

723 PLACE, LLC, and
PRINCE'S BEACH BAR, LLC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO 723 PLACE, LLC ONLY**

    Plaintiff, MATTHEW J. HOPPE, and Defendant, 723 PLACE, LLC, pursuant to Federal Rule of Procedure 41(1)(A)(ii), hereby jointly stipulate to dismissal of this matter with prejudice, as follows:

1. Plaintiff and 723 PLACE, LLC, have reached an amicable resolution of this case.

2. Plaintiff and Defendant, 723 PLACE, LLC, hereby jointly stipulate to dismissal of this matter, with prejudice, as to 723 PLACE, LLC, only, and with the parties to this stipulation to bear their own attorney's fees and costs.

DATED: This **23rd** day of **October,** 2015.

Respectfully submitted,

By: /s/ Nolan K. Klein                         By: /s/ Joseph R. Fields
**Nolan K. Klein, Esquire**                **Joseph R. Fields, Esquire**
Fla. Bar No. 647977                             Fla. Bar No. 0654698
LAW OFFICES OF NOLAN KLEIN, P.A.  LABOVICK LAW GROUP
Wells Fargo Tower – Suite 1500              5220 Hood Road, Suite 200
One East Broward Blvd.                          Palm Beach Gardens, FL 33418
Fort Lauderdale, FL 33301                      PH:   (561) 625-8400
PH:  (954) 745-0588                              FAX:  (561) 894-2986
klein@nklegal.com                                jfields@labovic.com
amy@nklegal.com                                 *Attorneys for Defendant, 723 Place, LLC*
*Attorneys for Plaintiff, Matthew Hoppe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **23rd** day of **October,** 2015.

By: /s/ Nolan K. Klein
NOLAN K. KLEIN
Florida Bar No. 647977