UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62896-CIV-DIMITROULEAS/SNOW

MATTHEW J. HOPPE,

    Plaintiff,

v.

723 PLACE, LLC, and
PRINCE'S BEACH BAR, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, MATTHEW J. HOPPE, and Defendant, PRINCE'S BEACH BAR, LLC, hereby notify this Court that a settlement has been reached between the parties. The parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Stipulation of Dismissal with Prejudice within the next thirty (30) days.

    DATED this **15th** day of **April**, 2016

    Respectfully Submitted

**LAW OFFICES OF NOLAN KLEIN, P.A.**
*Attorneys for Plaintiff*
One East Broward Blvd.
Wells Fargo Tower – Suite 1500
Fort Lauderdale, FL  33301
Ph:   (954) 745-0588
FAX:  (877) 253-1691

By:  */s/ Nolan K. Klein*
    NOLAN K. KLEIN
    Florida Bar No. 647977
    klein@nklegal.com
    amy@nklegal.com

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **15th** day of **April, 2016** and sent via certified mail to: **PRINCE'S BEACH BAR, LLC,** c/o Lee N. Prince, Registered Agent, 200 North Broadwalk, Hollywood, Florida 33019.

                                          By:  */s/ Nolan K. Klein*
                                                  NOLAN K. KLEIN
                                                  Florida Bar No. 647977