UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62896-CIV-DIMITROULEAS/SNOW

MATTHEW J. HOPPE,

    Plaintiff,

v.

723 PLACE, LLC, and
PRINCE'S BEACH BAR, LLC,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MATTHEW J. HOPPE, and Defendant, PRINCE'S BEACH BAR, LLC, pursuant to Federal Rule of Procedure 41(1)(A)(ii), hereby jointly stipulate to dismissal of this matter with prejudice, as follows:

1. The Parties have reached an amicable resolution of this case.

2. Plaintiff and Defendant hereby jointly stipulate to dismissal of this matter, with prejudice, each party to bear its own fees and costs (except as otherwise agreed within the settlement agreement of the parties).

3. Pursuant to their terms of settlement, Plaintiff and Defendant respectfully enter an order dismissing this case with prejudice.

DATED: This **4th** day of **May, 2016.**

Respectfully submitted,

__/s/ Nolan K. Klein__
Nolan K. Klein, Esquire
Fla. Bar No. 647977
Law Offices of Nolan Klein, P.A.
Wells Fargo Tower – Suite 1500
One East Broward Blvd.
Fort Lauderdale, FL 33301
PH:   (954) 745-0588
klein@nklegal.com
*Attorney for Plaintiff, Matthew J. Hoppe*

Lawrence S. Ben, Esquire
Fla. Bar No. 300888
The Ben Law Firm, PLLC
Emerald Park Office Center
2699 Stirling Rd.
Suite C-301
Fort Lauderdale, FL 33301
PH:   (954) 961-2055
FAX:  (954) 985-7960
larry@thebenlawfirm.com
*Attorneys for Defendant, Prince's Beach Bar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **4th** day of **May,** 2016.

By:   __/s/ Nolan K. Klein__
NOLAN K. KLEIN
Florida Bar No.647977